UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW CHA, an individual,<br><br>  Defendant. | Case No.: 19-CV-2405 JLS (AGS)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 20) |

Presently before the Court is Plaintiff Collette Stark's Motion for Default Judgment (ECF No. 20). The Court **VACATES** the hearing set for February 25, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: February 19, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge